Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@semenzarickard.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Dr., Ste. 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

*Attorney for Plaintiff Plaintiffs Stephen J. Adams II and
Robert C. Lyons*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHEN J. ADAMS II, an individual; and ROBERT C. LYONS, an individual, <br><br> Plaintiffs <br><br> v. <br><br> CENTURI GROUP, INC., a Nevada corporation; DOE INDIVIDUALS I-X; and ROE BUSINESS ENTITIES I-X, <br><br> Defendants | Case No. 2:26-cv-00045-CDS-NJK <br><br> **STIPULATION AND ORDER TO EXTEND MOTION TO DISMISS BRIEFING SCHEDULE [ECF NO. 14]** <br><br> **(First Request)** <br><br> [ECF No. 18] |

Plaintiffs Stephen J. Adams II ("Adams") and Robert C. Lyons ("Lyons") (collectively, "Plaintiffs") and Defendant Centuri Group, Inc. ("Centuri") (together, the "Parties"), by and through their undersigned counsel of record, hereby stipulate, pursuant to LR IA-61-1 and 6-2, to extend the deadline for Plaintiffs to respond to the Motion to Dismiss [ECF No. 14] filed by Centuri on January 30, 2026 ("Motion") for one week (7 days) from February 13, 2026 up to and including to February 20, 2026. Absent the extension, the deadline for Plaintiffs to respond to the Motion is February 13, 2026. This is the first request by the Parties for an extension of this deadline.

///

///

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

This stipulation is made in good faith and not in an attempt to delay proceedings, but rather is made because counsel for Plaintiffs

DATED this 11th day of February, 2026.

SEMENZA RICKARD LAW

*/s/ Jarrod L. Rickard*
Jarrod L. Rickard, Esq., Bar No. 10203
Katie L. Cannata, Esq. Bar No. 14848
10161 Park Run Drive, Ste. 150
Las Vegas, Nevada 89145
*Attorneys for Plaintiffs Stephen J. Adams II and Robert C. Lyons*

DATED this 11th day of February, 2026.

GREEN UNGUREN LLC

*/s/ Zack C. Ewing*
Jared Green, Esq., Bar No. 10059
Brian Unguren, Esq., Bar No. 14427
3755 Breakthrough Way, Ste. 210
Las Vegas, Nevada 89135
-
Jeremy Fielding, P.C. (*pro hac vice*)
Bar No. 24040895 (TX)
KIRKLAND & ELLIS LLP
4550 Travis St
Dallas, TX 75205
-
Zack C. Ewing (*pro hac vice*)
Bar No. 24113650 (TX)
KIRKLAND & ELLIS LLP
401 W 4th Street
Austin, TX 78701
*Attorneys for Defendant Centuri Group Inc.*

**ORDER**

IT IS SO ORDERED.

_____
United States District Judge

Dated: _February 12, 2026_

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

2