Jared Green
Bar No. 10059
GREEN UNGUREN, LLC
3775 Breakthrough Way, Suite 210
Las Vegas, NV 89135
Tel: 702.475.6454
jared@theGUfirm.com

Jeremy Fielding, P.C. *(pro hac vice)*
Bar No. 24040895 (TX)
KIRKLAND & ELLIS LLP
4550 Travis St
Dallas, TX 75205
Tel: 214.972.1770
jeremy.fielding@kirkland.com

Zack C. Ewing *(pro hac vice)*
Bar No. 24113650 (TX)
KIRKLAND & ELLIS LLP
401 W 4th Street
Austin, TX 78701
Tel: 512.678.9100
zack.ewing@kirkland.com

*Attorneys for Defendant Centuri Group, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHEN J. ADAMS II, an individual; and ROBERT C. LYONS, an individual,<br><br>        Plaintiffs<br><br>v.<br><br>CENTURI GROUP, INC., a Nevada corporation; DOE INDIVIDUALS I-X; and ROE BUSINESS ENTITIES I-X<br><br>        Defendant | Case No.2:26–cv–00045–CDS–NJK<br><br>**STIPULATION AND ORDER TO EXTEND MOTION TO DISMISS BRIEFING SCHEDULE [ECF NO. 14]**<br><br>**(First Request)**<br><br>[ECF No. 24] |

Plaintiffs Stephen J. Adams II  and Robert C. Lyons (collectively, "Plaintiffs") and Defendant Centuri Group, Inc. (together with Plaintiffs, the "Parties"), by and through their undersigned counsel of record, hereby stipulate, pursuant to LR IA-61-1 and 6-2, to extend the deadline for Defendant to reply to Plaintiffs' Response to the Motion to Dismiss [ECF No. 14] filed by Plaintiffs on February 20, 2026 (the "Response") by one week (7 days), from February 27, 2026 up to and including March 6, 2026. Absent the extension, the deadline for Defendant to reply to the Response is February 27, 2026. This is the first request by the Parties for an extension of this deadline.

This stipulation is made in good faith and not in an attempt to delay proceedings.

DATED this 25th day of February, 2026

SEMENZA RICKARD LAW

*/s/ Jarrod L. Rickard*
Jarrod L. Rickard, Esq., Bar No. 10203
Katie L. Cannata, Esq. Bar No. 14848
10161 Park Run Drive, Ste. 150
Las Vegas, Nevada 89145
*Attorneys for Plaintiffs Stephen J. Adams and Robert C. Lyons*

DATED this 25th day of February, 2026

GREEN UNGUREN LLC

*/s/ Jared P. Green*
Jared Green, Esq., Bar No. 10059
Brian Unguren, Esq., Bar No. 14427
3755 Breakthrough Way, Ste. 210
Las Vegas, Nevada 89135

Jeremy Fielding, P.C. (*pro hac vice*)
Bar No. 24040895 (TX)
KIRKLAND & ELLIS LLP
4550 Travis St
Dallas, TX 75205

Zack C. Ewing (*pro hac vice*)
Bar No. 24113650 (TX)
KIRKLAND & ELLIS LLP
401 W 4th Street
Austin, TX 78701
*Attorneys for Defendant Centuri Group Inc.*

Finding good cause exists, it is ordered that the defendant's deadline to file a reply in support of its motion to dismiss is extended up to and including March 6, 2026.

_____
United States District Judge

Dated: February 27, 2026

2