Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@semenzarickard.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

*Attorneys for Plaintiffs Stephen J. Adams II and Robert C. Lyons*



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHEN J. ADAMS, II, an individual, and ROBERT C. LYONS, an individual,<br><br>Plaintiffs<br><br>v.<br><br>CENTURI GROUP, INC., a Nevada corporation,<br><br>Defendant | Case No. 2:26-cv-00045-CDS-MDC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

COMES NOW, Plaintiffs Stephen J. Adams, II and Robert C. Lyons (collectively referred to as "Plaintiffs"), by and through their counsel of record, Jarrod Rickard, Esq. of Semenza Rickard Law, and Defendant Centuri Group, Inc. ("Defendant") (together, the "Parties"), by and through its counsel of record, Zack C. Ewing, Esq. of Kirkland & Ellis, LLP, and hereby stipulate to dismissal of this entire action, as follows:

The Parties agree and stipulate to dismiss all claims, with prejudice, and each Party agrees to bear its own attorney's fees and costs in regards to the instant action.

///

///

///

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

This stipulation may be executed in one or more counterparts, each of which shall constitute a duplicate original. A facsimile or other non-original signature shall still create a binding and enforceable agreement.

**IT IS SO STIPULATED.**

DATED this 16th day of October, 2026.

SEMENZA RICKARD LAW

*/s/ Jarrod L. Rickard*
Jarrod L. Rickard, Esq, Bar No. 10203
Katie L. Cannata, Esq., Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorneys for Plaintiffs*

DATED this 16th day of October, 2026.

KIRKLAND & ELLIS, LLP

*/s/ Zachary C. Ewing*
Zachary C. Ewing, Esq. (*admitted pro hac vice*)
401 W 4th Street
Austin, TX 78701

*Attorneys for Defendants*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

UNITED STATES DISTRICT JUDGE

DATED: October 19, 2026